**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTEN CHEN,<br>       a/k/a "Nauti,"<br>       a/k/a<br>       "Knotty,"<br>SHAQOYA HALL,<br>       a/k/a "Q," and<br>ZACHARY HAMPTON,<br>       a/k/a "J,"<br>       a/k/a<br>       "Jay,"<br><br>  Defendants. | Case No.: 1:24-cr-00077-JLR |

## [PROPOSED] ORDER GRANTING LEAVE FOR THE WITHDRAWAL OF MICHAEL D. MANZO AS ATTORNEY OF RECORD

The Court, having considered the Motion and Declaration of Michael D. Manzo for the withdrawal of his individual appearance as an attorney of record for Defendant Shaqoya Hall, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Civil Rule 1.4 and Local Criminal Rules 1.1 are otherwise satisfied, it is hereby

**ORDERED** that Michael D. Manzo is granted leave to withdraw as an attorney of record for Ms. Hall; and it is further

**ORDERED** that the Clerk shall terminate Michael D. Manzo as an attorney of record for Ms. Hall and remove his name and email address from the official docket of this action.

Signed this  16th  day of ___January___, 2026.

This resolves the Motion at Dkt. 66.

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE